# **EXHIBIT B**





# NASH FINCH COMPANY

City: Minneapolis

Date: March 16, 2007

JIM NOLLER
NOLLER'S FOOD PRIDE
LENA, IL

RE:  RETAIL SALES & SERVICE AGREEMENT
     ESTIMATED CONTRACT DAMAGES

In review of the Retail Sales & Service Agreement (RSSA) that was entered into between Nash Finch Company (NFC) and Noller's Inc. (Noller's) the initial term of the agreement is to run through the longer of (i) April 12, 2012, or (ii) as long as any debt is owed to NFC by Noller's (excluding open account). A sale of the store shall not terminate or otherwise affect any obligations of Noller's, including it's obligation to purchase product from NFC, as dictated by Section 30 of the RSSA. Failure to purchase product from NFC constitutes a breach of the RSSA and NFC is entitled to damages for lost profits per Section 27 of the RSSA.

NFC estimates the lost profits over the remaining term of the agreement as of 3/16/07 to be $380,788 based off the current purchase volume of Noller's. The lost profits are derived using a net present value approach incorporating a discount rate equal to the prime interest, which as of 3/16/07 is 8.25%.

| Noller's Damages Calculation 3/13/2007 | |
|---|---|
| Annual Purchases | $ 2,400,000 |
| Estimated Annual Profit | $ 96,000 |
| Profit Over Remaining 5 Years | $ 480,000 |
| 8.25% NPV of Profit | $380,788 |