# **EXHIBIT C**

# NASH FINCH COMPANY



John D. Boelter, Esq.
Direct: 952/844-1150
Facsimile: 952/844-1235
jboelter@nashfinch.com

April 19, 2007

Mr. Dan Fishburn, Esq.
Snow, Hunter, Whiton & Fishburn, Ltd.
8 East Stephenson Street
Box 877
Freeport, IL 61032



Re:  Original Option Termination and
     Inquiry about Retail Agreement Buy-out

Dear Dan:

Enclosed is the original, notarized Release of First Refusal Option.

I trust your closing was successful.

The next subject continues to be very important to Nash Finch; that being the buy-out by your client of the Retail Sales & Service Agreement. The information on the amount due has been provided to you and your client before; and, hopefully, the proceeds from the sale of the grocery will allow your client to make the payment quickly.

The amount due is Three Hundred Eighty Thousand Seven Hundred Eighty-Eight Dollars ($380,788), and another copy of the calculations is enclosed for ease of retrieval.

Regardless, I believe it is only fair to make payment within ten (10) days of the date of this letter. For this, I enclose Nash Finch's wire transfer instructions. If you anticipate any problem with the payment being made, please contact me as soon as possible.

My contact information is atop this letterhead.

Thank you.

Sincerely,


John Boelter, Esq.

C:  Mark Czeczok, Danny Lane, Roger Nelson