**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

NASH FINCH COMPANY, PLAINTIFF

V.

NOLLER'S, INC., DEFENDANT

Case Number:

08 C 50003
Judge Reinhard

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, NASH FINCH COMPANY

FILED

JAN 0 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| | |
|---|---|
| NAME (Type or print) MARTIN K. LAPOINTE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ MARTIN K. LAPOINTE | |
| FIRM BURKE, WARREN, MACKAY & SERRITELLA, P.C. | |
| STREET ADDRESS 330 N. WABASH AVENUE, 22ND FLOOR | |
| CITY/STATE/ZIP CHICAGO, IL 60611-3607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6195827 | TELEPHONE NUMBER 312-840-7012 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |