# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
NASH FINCH COMPANY, PLAINTIFF

V.

NOLLER'S, INC., DEFENDANT

Case Number: 08 C 50003

Judge Reinhard

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PLAINTIFF, NASH FINCH COMPANY

FILED
JAN 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | ALEXANDER D. MARKS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ ALEXANDER D. MARKS |
| FIRM | BURKE, WARREN, MACKAY & SERRITELLA, P.C. |
| STREET ADDRESS | 330 N. WABASH AVENUE, 22ND FLOOR |
| CITY/STATE/ZIP | CHICAGO, IL 60611-3607 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6283455 |
| TELEPHONE NUMBER | 312-840-7022 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ |