## United States District Court for the Northern District of Illinois

Case Number: _08 - 50003_          Assigned/IssuedBy: _____

---

### FEE INFORMATION

F I L E D

**Amount Due:**   [X] $350.00   [ ] $39.00   [ ] $5.00

JAN 0 2 2008

[ ] IFP   [ ] No Fee   [ ] Other _____

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: _$350.00_          Receipt #: _2433521_

Date Paid: _1/2/08_          Fiscal Clerk: _PM_

---

### ISSUANCES

**Type Of Issuance:**   [X] Summons          [ ] Alias Summons

[ ] Third Party Summons          [ ] Lis Pendens

[ ] Non Wage Garnishment Summons

[ ] Wage-Deduction Garnishment Summons

[ ] Citation to Discover Assets

[ ] Writ _____
           *(Type of Writ)*

| Original and _____ copies on _1/3/08_ as to _Defendant_
                              *(Date)*

---

C:\wpwin80\docket\feeinfo.frm    01/01