108345 2-10

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

NASH FINCH COMPANY,

Plaintiff,

CASE NUMBER: 08 C 50003

V.

ASSIGNED JUDGE: Reinhard

NOLLER'S, INC.,

DESIGNATED
MAGISTRATE JUDGE:

Defendant.

TO: (Name and address of Defendant)

Noller's, Inc.,
c/o James Noller, Registered Agent
201 Dodds Drive, POB 457
Lena, IL 61048

*[Stamp: Received JAN 2008, Stephenson County Sheriff's Office]*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Martin K. LaPointe, Esq.
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, IL 60611-3607

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

_/s/_ *(signature)*

(By) DEPUTY CLERK

1/3/08

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 01-11-08 |
| NAME OF SERVER (PRINT) DEPUTY ERIN WITTE | TITLE DEPUTY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): JAMES NOLLER WILL BE IN FLORIDA UNTIL MARCH. HE SPECIFIED THAT I SERVE HIS ATTORNEY DAN FISHBURN, WITH THE PAPERS.

CK# 47365 - $7.00　　　　**STATEMENT OF SERVICE FEES**　　Refund of $15.00 enclosed

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $1.00 | $31.00 | $32.00 |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01-11-08　　　　Deputy Erin Witte
　　　　Date　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　15 N GALENA FREEPORT, IL 61032
　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.