**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Western Division**

Nash Finch Company
                              Plaintiff,

v.                                                  Case No.: 3:08–cv–50003
                                                 Honorable Philip G. Reinhard

Noller's, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

      MINUTE entry before Judge P. Michael Mahoney : Telephonic Status hearing held on 2/13/2008. Settlement Conference set for 3/10/2008 at 01:30 PM. Parties to submit settlement document to chambers by 3/7/08. Telephoned notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.