# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50003 | **DATE** | 3/18/2008 |
| **CASE TITLE** | NASH FINCH vs. NOLLER'S | | |

**DOCKET ENTRY TEXT:**

Plaintiff's applications for Barbara Jean D'Aquila and Cynthia Bremer to appear pro hac vice are granted. Attorney D'Aquila's application to be filed under seal.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|