UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| NASH FINCH COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NOLLER'S, INC.,<br><br>Defendant. | Case Number: 08-05000**3**<br><br>Hon. Judge Philip G. Reinhard<br>Hon. Magistrate Judge P. Michael Mahoney<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY** |

The parties, through their undersigned counsel, hereby stipulate and agree to dismiss with prejudice and without costs (including disbursements and attorneys' fees) the above Lawsuit, including but not limited to all claims that were brought and/or could have been brought in the above Lawsuit.

Dated: April 9, 2008.

FULBRIGHT & JAWORSKI L.L.P.
Barbara Jean D'Aquila, MN #2112X (*Pro Hac* on file)
2100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612/321-2201 (Phone)
612/321-2288 (Facsimile)

-- AND --

BURKE, WARREN, MACKAY & SERRITELLA, P.C.

_____
Martin K. LaPointe, IL #6195827
330 N. Wabash Avenue, 22nd Floor
Chicago, IL 60611
312/840-7000 (Phone)
312/840-7900 (Facsimile)

- 2 -

*Attorneys for Plaintiff*

WILLIAMSMCCARTHY, LLP

Dated: April 9, 2008.

*/s/ Scott Sullivan*

Scott C. Sullivan, IL #3124608
120 W. State St., Suite 400
Rockford, IL 66105
815/987-8900 (Phone)
815/968-0019 (Facsimile)

Attorneys for Defendant