# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50003 | **DATE** | 4/10/08 |
| **CASE TITLE** | Nash Finch Company v. Noller's, Inc. | | |

**DOCKET ENTRY TEXT:**

Pursuant to stipulation of parties, this case is dismissed with prejudice and without costs to any party.

*Philip G. Reinhard*

Notices mailed by Judical staff.

| | Courtroom Deputy | JT |
|---|---|---|